# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| RE: AMANDA ALYCE CLARK | :: | CASE NO. 18-62368 |
| Debtor, | :: | CHAPTER 7 |
| | :: | JUDGE RUSS KENDIG |

## RESPONSE TO CERTIFICATE OF AMENDMENT

Now comes Lisa Little, an alleged claimant in the above-referenced matter, by and through her undersigned counsel, and states that the claims she has alleged in a civil lawsuit against debtor Amanda Alyee Clark concerns an intentional tort whereby Amanda Alyee Clark assaulted Lisa Little and was criminally charged for that violent act.

Therefore, it is respectfully submitted that Lisa Little's claims are not dischargable in this matter as a result of the intentional misconduct of Amanda Alyee Clark.

Respectfully submitted,

B. ZIMMERMAN LAW

 /s/ Brian L. Zimmerman
Brian L. Zimmerman
Ohio Supreme Court No. 0042351
229 Third Street NW, Suite 200
Canton, Ohio 44702
Tel: (330) 454-8056
Fax: (330) 454-2434
E-mail bz@bzimmermanlaw.com

*Counsel for Plaintiff Lisa Little*

## CERTIFICATE OF SERVICE

      This is to certify that a copy of the foregoing document was sent via regular U.S. Mail this 24th day of May, 2019 to the following individual[s]:

Bruce & Carol Clark
1601 Genoa Ave.
Massillon, Ohio 44646

Nathan Clark
5644 Pigeon Run Road
Navarre, Ohio 44662

Nicole R. Rohr-Metzgar
THRUSH & ROHR
4410 22ND Street NW
Canton, Ohio 44708

***Counsel for Debtor***

                                          /s/ Brian L. Zimmerman
                                          Brian L. Zimmerman